No. 93–9354. WALLACE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9355. CARROLL v. CRIST, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–9356. WORSHAM v. PRICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–9359. DAWSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9360. ALLEN v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 93–9362. SCOTT v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 93–9363. LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9366. MITCHELL v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93–9367. GOMEZ-PABON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–9368. LOVE v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 93–9369. MACIAS v. ANDERSON, JUDGE, OFFICE OF HEARING AND APPEALS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–9371. DOTSON v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 93–9372. MUSSER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9373. BROWNER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–9374. ESPINUEVA v. DALTON, SECRETARY OF THE NAVY. C. A. 7th Cir. Certiorari denied.